1012

[No. 16560–7–I.   Division One.   December 15, 1986.]

JOHN J. KEOUGH, ET AL, *Appellants,* v. EUGENE
D. ZELENSKY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–02661–0, Terrence A. Carroll, J., entered
May 1, 1985. *Affirmed* by unpublished opinion per Hansen,
J. Pro Tem., concurred in by Durham and Ennis, JJ. Pro
Tem.

[No. 15328–5–I.   Division One.   December 15, 1986.]

LODEC, INC., *Respondent,* v. WORLD WIDE
WEIGHING, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–13905–0, Frank J. Eberharter, J., entered
August 17, 1984. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by Coleman and Webster, JJ.

[No. 15957–7–I.   Division One.   December 15, 1986.]

GEORGE KACZOR, ET AL, *Respondents,* v. VICTORIA
TOWER PARTNERSHIP, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–04604–1, James D. McCutcheon, Jr., J.,
entered January 25, 1985. *Affirmed* by unpublished opinion
per Durham, J. Pro Tem., concurred in by Noe and Revelle,
JJ. Pro Tem.